IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-36-GMS |
| ) | |
| VICTOR PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO UNSEAL FILE

The United States of America, by and through its undersigned attorney hereby moves that the file in the above-captioned case be unsealed. The Government has reviewed this motion with counsel for defendant, Eleni Kousoulis, Esquire, and she has no objection to the motion.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-1-08

AND NOW, this 6th day of Feb., 2008, upon the foregoing Motion, it is **ORDERED** that the file in the above-captioned case is hereby unsealed.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court



FILED

FEB - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>    )<br>v.    )<br>    )<br>VICTOR W. PHILLIPS,    )<br>    )<br>    Defendant.    ) | Criminal Action No. 06-36-GMS |

    I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on February 1, 2008, I served the foregoing:

### MOTION AND ORDER TO UNSEAL FILE

by causing said document to be hand delivered to counsel of record, as follows:

>ELENI KOUSOULIS, ESQUIRE
>Federal Public Defender's Office
>First Federal Plaza, Suite 110
>704 King Street
>Wilmington, Delaware   19801

*/s/ Sharon L. Bernardo*